Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Robbie Leigh Hulse

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ROBBIE LEIGH HULSE, | Case No.: 1:17-cv-00900-SKO |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | (Doc. 13) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file his opening brief for a period of 28 days from March 2, 2018, to and including March 30, 2018. Defendant's brief shall be due on or before April 30, 2018. Plaintiff's reply brief, if any shall be due on or before May 15, 2018.

| | |
|---|---|
| 1 | This is the first request for an extension in this matter.  Counsel for plaintiff |
| 2 | has lost contact with plaintiff Robbie Hulse.  Counsel needs to discuss certain |
| 3 | substantive matters before briefing may continue.  On behalf of counsel for |
| 4 | plaintiff, the parties respectfully request the granting of this request for the proper |
| 5 | briefing of this matter. |
| 6 | IT IS SO STIPULATED. |
| 7 | DATE: March 5, 2018     Respectfully submitted, |
| 8 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 9 | /s/ *Young Cho* <br> BY:_____ |
| 10 | Young Cho <br> Attorney for plaintiff ROBBIE LEIGH HULSE |
| 12 | Date: March 5, 2018     McGREGOR W. SCOTT <br> United States Attorney |
| 15 | BY:  /s/ *Asim Modi* <br> ASIM MODI |
| 16 | Special Assistant United States Attorney <br> Attorneys for Defendant NANCY A. |
| 17 | BERRYHILL, Acting Commissioner of Social Security (Per email authorization) |

## **ORDER**

Pursuant to the parties' above-stipulation showing good cause for a requested extension of the briefing schedule (Doc. 13), the request is hereby GRANTED. Plaintiff shall file its opening brief by no later than March 30, 2018. Defendant shall file its opening brief by no later than April 30, 2018. Plaintiff SHALL file its reply brief, if any, by no later than May 15, 2018. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: __**March 6, 2018**__                    /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE