UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE LEIGH HULSE,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:17-cv-00900-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 15) |

On April 2, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 15.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 2, 2018**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE